**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7598**

ROBERT L. HEDRICK,

        Plaintiff - Appellant,

    v.

UNITED STATES MARSHAL'S SERVICE,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:15-cv-00532-LMB-MSN)

Submitted: July 24, 2020                     Decided: July 29, 2020

Before GREGORY, Chief Judge, AGEE and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert L. Hedrick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Hedrick appeals the district court's order denying his post-judgment motion filed in his closed civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hedrick v. U.S. Marshal's Serv.*, No. 1:15-cv-00532-LMB-MSN (E.D. Va. filed Sept. 3, 2019; entered Sept. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
